UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:

Diana C. Roman,

    Plaintiff,

v.

Ross Dress for Less Inc.,
d/b/a DD'S Discounts

    Defendant,
_____/

## **COMPLAINT**

Plaintiff, Diana C. Roman, by and through the undersigned counsel, hereby sues Defendant Ross Dress For Less Inc., d/b/a DD'S Discounts, on the grounds set forth herein.

### Introduction

1. This is an action by Plaintiff Diana C. Roman, under 42 U.S.C. §1981 (Civil Rights Act of 1866), to redress the injury done to her by the Defendant's discriminatory treatment and Retaliation based on her Race, Color, and Ethnicity (Hispanic).

### Jurisdiction And Venue

2. This is an action for damages brought in excess of $15,000.00, exclusive of interest, Attorney's fees, and costs.

3. This action is authorized and instituted pursuant to 42 U.S.C. §1981 (Civil Rights Act of 1866), as amended,

4. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and §1343.

5. The venue of this action is properly placed in the Middle District of Florida, Orlando Division, pursuant to 28 U.S.C. §1391(b), since the unlawful alleged employment practices were committed in Osceola County, within the jurisdiction of this Honorable Court.

## Parties

6. Plaintiff Diana C. Roman is a resident of Kissimmee, Osceola County, who was employed by Defendant Ross Dress For Less Inc., d/b/a DD'S Discounts, and is a member of certain protected classes of persons because of her Race, Color, and Ethnicity (Hispanic).

7. Corporate Defendant Ross Dress For Less Inc., d/b/a DD'S Discounts (hereinafter Ross Dress For Less, or "Defendant") is a Foreign Profit Corporation registered to conduct business in the State of Florida and within the jurisdiction of this Court.

8. At all times relevant to this complaint, Plaintiff Diana C. Roman was employed by Ross Dress For Less as a Retail Associate, and the parties had a contractual relationship with each other.

## Statement of Facts

9. Plaintiff Diana C. Roman is a 46-year-old Hispanic female of Puerto Rican national origin. Plaintiff is a resident of Orlando, Orange County who was employed by Defendant Ross Dress For Less. The Plaintiff is a member of certain protected classes of persons because of her Race, Color, and Ethnicity (Hispanic).

10. Corporate Defendant Ross Dress For Less is a retail chain selling brand-name clothing, shoes, accessories & housewares at discount prices. Ross Dress For Less is located at 1526 W. Vine ST, Kissimmee, FL 34741, where Plaintiff worked.

11. Defendant Ross Dress For Less employed Plaintiff Diana C. Roman as a Retail Associate from approximately November 15, 2014, to July 10, 2023, or eight years and seven months. Plaintiff was a non-exempted, full-time hourly employee, earning $13.66 an hour.

12. Plaintiff's duties included stocking, cashier, and customer service.

13. Throughout her employment at Ross Dress For Less, Plaintiff performed her duties in an exemplary fashion. Plaintiff possessed all the required skills,

training, and qualifications for the job in question and performed her duties without significant issue or controversy.

14. However, during her time of employment with Defendant Ross Dress For Less, Plaintiff was subjected to unlawful acts of discrimination, such as harassment, and a hostile working environment, and was further subjected to different terms and conditions of employment and subjected to a discharge because of her Race, Color, and Hispanic Ethnicity.

15. On or about August 2022, Plaintiff began to suffer discrimination when a new Manager, Denise Roth (White), began her tenure at the store.

16. Manager Denise Roth did not like Hispanic people, and she prohibited Hispanic employees to speak Spanish at the store, although Ross Dress For Less had a lot of Spanish-speaking customers requiring customer services in Spanish.

17. Manager Denise Roth discriminated against Plaintiff, Hispanic employees, and Hispanic customers alike.

18. On or about April 2023, Manager Denise Roth called Plaintiff for a meeting and falsely accused her of mistakes that she never made.  Plaintiff was an experienced associate and she never would make that kind of mistakes. After that, Manager Denise Roth asked Plaintiff if she was Dominican, the

other Manager, Elvin LNU, informed Manager Denise Roth that Plaintiff was from Puerto Rico.

19. About a week later, Manager Denise Roth gave Plaintiff a warning accusing her that she was causing problems with her co-workers. Plaintiff refused to sign, and she was not given any copy.

20. Manager Denise Roth showed hostility towards Plaintiff. She used her position to discriminate, harass, and mistreat Plaintiff based on her Race, Color, and Hispanic Ethnicity.

21. Defendant subjected Plaintiff to excessive job scrutiny, and surveillance, looking for a reason to terminate her.

22. The frequent, severe, and offensive conduct of Manager Denise Roth created a hostile work environment for Plaintiff, in violation of 42 U.S.C. §1981.

23. Plaintiff felt harassed, unwelcome, uncomfortable, humiliated, and intimidated in her place of work. Plaintiff knew that Manager Denise Roth did not like her because of her Race, Color, and Hispanic Ethnicity. She was looking for excuses to humiliate her, get her in trouble, and cause her termination.

24. Plaintiff lived in anxiety and fear of losing her job. Every day she tried to do her best to please Manager Denise Roth.

25. On or about April 2023, the next day after she was given an unfair warning, Plaintiff call HR through a 1-800 number and made a verbal complaint about the discrimination and harassment based on her Race, Color, and Ethnicity that she was suffering at the hands of Manager Denise Roth.

26. This complaint constituted protected activity under 42 U.S.C. §1981.

27. Manager Denise Roth found out about Plaintiff's complaint and increase her harassment against Plaintiff. The Manager lowered Plaintiff's working hours from 30 hours to 12 hours or less per week.

28. From May 26 to June 08, 2023, Plaintiff was on unpaid vacation. Plaintiff was supposed to start working on Monday, June 12, 2023. However, Manager Denise Roth did not put Plaintiff on the schedule for the whole week. Even though there was work and the Manager had to ask other employees to cover Plaintiff's hours.

29. Between June and July 2023, Manager Denise Roth lowered Plaintiff's working hours even more, Plaintiff was working from 4 to 8 hours per week. Manager Denise Roth was forcing Plaintiff to voluntary resignation.

30. After Plaintiff complained about discrimination and harassment based on her Race, Color, and Ethnicity to HR, nothing positive happened for Plaintiff. On the contrary, she suffered increased retaliatory harassment.

31. On or about July 10, 2023, Manager Denise Roth found the perfect excuse and fired Plaintiff effective immediately.

32. Therefore, on or about July 10, 2023, Plaintiff suffered the last adverse "tangible employment action" because she was fired.

33. On or about July 10, 2023, Plaintiff was discharged by Defendant, and her human and civil rights were violated. Plaintiff's discharge was directly and proximately caused by Defendant's unjustified discrimination and harassment because of Plaintiff's Race, Color, and Ethnicity, in violation of both Federal and State Laws.

34. Defendant intentionally discriminated against Plaintiff based on her Color, Race, and Hispanic Ethnicity and willfully interfered with Plaintiff's contractual relationship with Ross Dress For Less.

35. Defendant Ross Dress For Lessis is subjected to vicarious liability for the actions of its management because it failed to take adequate remedial measures to halt the discrimination, harassment, and retaliation to which Plaintiff was subjected despite Defendant's knowledge that such discrimination, harassment, was occurring.

36. As a direct and proximate result of the acts or omissions of Defendant Ross Dress For Less, Plaintiff Diana C. Roman has suffered damages.

37. Plaintiff has retained the law offices of the undersigned attorney to represent her in this action and is obligated to pay reasonable Attorneys' fees and costs.

### COUNT I:
### VIOLATION OF THE CIVIL RIGHTS ACT OF 1866, 42 U.S.C. SECTION 1981, DISCRIMINATION BASED ON RACE, COLOR, AND ETHNICITY

38. Plaintiff Diana C. Roman re-adopts every factual allegation concerning Defendant Ross Dress For Less stated in paragraphs 1-37 above as if set out in full herein.

39. This is an action against Ross Dress For Less for unlawful discrimination pursuant to 42 U.S.C., Section 1981.

40. At all times, material hereto Defendant Ross Dress For Less was an "employer" of Plaintiff, within the meaning of Section 42 U.S.C. §1981.

41. At all times material hereto, Plaintiff Diana C. Roman was an "employee" and had a contractual relationship with Defendant within the meaning of 42 U.S.C. §1981.

42. Plaintiff Diana C. Roman had at all times material and continues to have, a federally protected constitutional right to make and enforce contracts, to sue, to be parties, to give evidence, and to be free from racially-based discrimination while bargaining, negotiating, or entering into a contract, including the enjoyment of all her benefits, privileges terms, and conditions

of the contractual relationship of her employment at Ross Dress For Less.

43. Defendant Ross Dress For Less has intentionally engaged in unlawful employment practices and discrimination, in violation of 42 U.S.C. § 1981, by treating Plaintiff differently from similarly situated employees because of her Race, Color, and Ethnicity.

44. Defendant subjected Plaintiff Diana C. Roman to different adverse employment actions, including but not limited to the following acts and omissions: harassment, hostile working environment, and wrongful termination.

45. The effects of the practices referenced above have been to deprive Plaintiff of equal employment opportunities and otherwise adversely affect her status as an employee because of her Race, Color, and Ethnicity.

46. As a direct and proximate result of the intentional violations by the Defendant of Plaintiff's rights under 42 U.S.C. § 1981, by treating her differently from similarly situated employees and subjecting her to racial harassment because of her Race and Color, Plaintiff has suffered damages. Her damages include back pay, front pay, loss of benefits, future pecuniary loss, inconvenience, emotional pain, suffering, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

47. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages because of Defendant's discriminatory practices unless and until this Court grants relief.

48. The actions of Defendant Ross Dress For Less and/or agents were willful, wanton, intentional, and with malice or reckless indifference to Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to federal law, to punish the Defendant for their actions and to deter it, and others, from such actions in the future.

49. Plaintiff Diana C. Roman has retained the undersigned counsel to prosecute her claims, and she is entitled to Attorney's fees pursuant to 42 U.S.C. §1988, the Civil Rights Attorneys Fee Award Act.

Prayer For Relief

Wherefore, Plaintiff Diana C. Roman respectfully requests that this Honorable Court:

A. Enter judgment for Plaintiff Diana C. Roman and against Defendant Ross Dress For Less based on Defendant's willful violations of 42 U.S.C. §1981; and

B. Award Plaintiff compensatory damages, including front pay, back pay, and lost benefits; and

C. Award Plaintiff as to this count prejudgment interest; and

D. Award Plaintiff damages for the costs of litigation and filing, including Attorney's fees; and

E. Grant such other and further equitable relief as this Court deems equitable and just and/or available pursuant to Federal Law, including punitive damages.

## Demand for a Jury Trial

Plaintiff Diana C. Roman demands trial by a jury of all issues triable as of right by a jury.

## COUNT II:
## RETALIATION, IN VIOLATION OF THE CIVIL RIGHTS OF 1866, 42 U.S.C., SECTION 1981;

50. Plaintiff Diana C. Roman re-adopts every factual allegation stated in paragraphs 1-37 of this complaint as if set out in full herein.

51. Plaintiff Diana C. Roman and Defendant Ross Dress For Less had a contractual relationship.

52. Defendant Ross Dress For Less precluded Plaintiff from performing the stated contractual relationship when Defendant discharged Plaintiff.

53. Defendant terminated Plaintiff's contractual relationship in retaliation for Plaintiff's opposition to unlawful employment practices based on Race, Color, and Ethnicity, as more particularly described above.

54. Plaintiff was unable to enjoy all the benefits, privileges, terms, and conditions of their contractual relationship.

55. The actions of Defendant Ross Dress For Less and/or agents were willful, wanton, intentional, and with malice or reckless indifference to Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to federal law, to punish the Defendant for its actions and to deter it, and others, from such actions in the future.

56. The Plaintiff has retained the undersigned counsel to prosecute her claims and is entitled to Attorney's fees pursuant to 42 U.S.C. §1988, the Civil Rights Attorneys Fee Award Act.

Prayer For Relief

Wherefore, Plaintiff Diana C. Roman respectfully requests that this Honorable Court:

A. Enter judgment for Plaintiff Diana C. Roman and against Defendant Ross Dress For Less based on Defendant's willful violations of 42 U.S.C. §1981; and

B. Award Plaintiff compensatory damages, including front pay, back pay, and lost benefits; and

C. Award Plaintiff as to this count prejudgment interest; and

D. Award Plaintiff damages for the costs of litigation and filing, including Attorney's fees; and

E. Grant such other and further equitable relief as this Court deems equitable and just and/or available pursuant to Federal Law, including punitive damages.

<u>Demand for a Jury Trial</u>

Plaintiff Diana C. Roman demands trial by a jury of all issues triable as of right by a jury.

Date: July 31, 2023

Respectfully submitted,

By: **/s/ Zandro E. Palma**
ZANDRO E. PALMA, P.A.
Florida Bar No.: 0024031
9100 S. Dadeland Blvd.
Suite 1500, Miami, FL 33156
Telephone:   (305) 446-1500
Facsimile:   (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Attorney for Plaintiff*